UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-2007(DSD/TNL)

Steven E. Rousseau,

       Plaintiff,

v.                                                          **ORDER**

Dr. Kyleean Stevens, SPRTC,

       Defendant.


This matter is before the court upon pro se petitioner's objection to the July 26, 2016, report and recommendation of Magistrate Tony N. Leung. In his report, the magistrate judge recommended that plaintiff's complaint alleging violations of "cruel and unusual punishment", "due process", and "neglect of a vulnerable adult" be summarily dismissed without prejudice and plaintiff's application to proceed in forma pauperis be denied. In his objection, the plaintiff restates the facts he alleged in his complaint, but does not identify specific objections to the report and recommendation.

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). After a de novo review, the court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of plaintiff's complaint.

Accordingly, **IT IS HEREBY ORDERED** that:

1.   The objection [ECF No. 4] to the report and recommendation is overruled;

2.   The report and recommendation [ECF No. 3] is adopted in its entirety;

3.   Plaintiff's action is summarily dismissed without prejudice; and

4.   Plaintiff's application to proceed in forma pauperis is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: August 10, 2016


s/David S. Doty
David S. Doty, Judge
United States District Court