UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-2007(DSD/TNL)

Steven E. Rousseau,

       Plaintiff,

v.                                             **ORDER**

Dr. Kyleean Stevens, SPRTC,

       Defendant.

     This matter is before the court upon the application to proceed on appeal without prepayment of fees by petitioner Steven E. Rousseau.  A litigant who seeks to be excused from paying the filing fee for an appeal may apply for IFP status under 28 U.S.C. § 1915.  <u>See also</u> Fed. R. App. P. 24(a).  To qualify for IFP status, the litigant must demonstrate that he cannot afford to pay the full filing fee.  28 U.S.C. § 1915(a)(1).

     Rousseau's IFP application demonstrates that he has little income and few assets.  ECF No. 8, at 1-4.  As a result, the court finds that Rousseau is financially eligible for IFP status.  Even if a litigant is found to be indigent, however, IFP status will be denied if the court finds that the litigant's appeal is not taken in "good faith."  28 U.S.C. § 1915(a)(3).  Good faith in this context is judged by an objective standard and not by the subjective beliefs of the appellant.  <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).  To determine whether an appeal is taken in good faith, the court must decide whether the claims to be

decided on appeal are factually or legally frivolous. <u>Id.</u> at 445. An appeal is frivolous, and therefore cannot be taken in good faith, "where it lacks an arguable basis either in law or in fact." <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989).

Although the court remains fully satisfied that Rousseau's complaint under 42 U.S.C. § 1983 was properly dismissed, his appeal is not "frivolous," as that term has been defined by the Supreme Court. As a result, the appeal is considered to be taken "in good faith" for purposes of 28 U.S.C. § 1915(a)(3), and the IFP application will be granted.

Accordingly, based on the above, **IT IS HEREBY ORDERED** that Rousseau's application to appeal in forma pauperis [ECF No. 8] is granted.

Dated: September 22, 2016

<u>s/David S. Doty</u>  
David S. Doty, Judge  
United States District Court

2